**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GREER,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.; STATE OF CALIFORNIA GOVERNOR and DIVISION OF WORKERS COMPENSATION, ET AL.,<br><br>    Defendants. | No. C 10-02523 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Ronald M. Whyte to determine whether it is related to *Greer v. Safeway and State of California*, N.D. Civ. No. 07-01983- RMW.

**IT IS SO ORDERED.**

Dated:  June 23, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN GREER,

        Plaintiff,

  v.

SAFEWAY INC et al,

        Defendant.

Case Number: CV10-02523 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Greer
3355 Rossmoor Parkway, Apt. 4
Walnut Creek, CA 94595

Dated: June 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk