**E-filed on:**    **9/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GREER,<br><br>           Plaintiff,<br><br>      v.<br><br>SAFEWAY, INC., et al.<br><br>           Defendants. | No. C-10-02523 RMW<br><br>JUDGMENT |

On September 2, 2010, the court dismissed this action without prejudice.  Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:      9/15/2010                              _____

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-10-02523 RMW
JLR

*United States District Court*
*For the Northern District of California*